UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| Boards of Trustees, et al., | : |
| Plaintiffs, | : |
| vs. | : Case No. 2:10-CV-652 |
| Toledo Caisson Corporation | : Judge Sargus |
| Defendant. | : Magistrate Judge Kemp |

**ORDER OF DEFAULT JUDGMENT**

IT APPEARS that Defendant Toledo Caisson Corporation has been regularly served with a Summons and Complaint and has failed to plead or otherwise defend. The legal time for pleading or otherwise defending has expired and the default of said Defendant has been duly entered according to law.

NOW, THEREFORE, upon Plaintiffs' Motion for Default Judgment, judgment is hereby entered against Defendant in pursuance of the prayer of said Complaint.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that Plaintiffs Boards of Trustees of the Ohio Laborers' Fringe Benefit Programs have and recover from Toledo Caisson Corporation the sum of Seven Hundred Three Dollars and Seventy-Eight Cents ($703.78), including unpaid fringe benefit contributions through June, 2010, and prejudgment interest and liquidated damages, plus attorneys' fees of One Thousand Six Hundred Twelve Dollars and Fifty Cents ($1,612.50), plus interest from the time of judgment at the rate of 1% per month, and the costs of this action.

The Plaintiffs are granted a permanent mandatory injunction and the Defendant Toledo Caisson Corporation is hereby ORDERED

To timely submit contribution reports and pay contributions from the company's assets by the 15th of each month for all work performed by employees in the trade jurisdiction of "laborer" for the preceding month during the term of any and all collective bargaining agreements and any extensions thereto, and to submit contributions reports and payment for the months of July and August, 2010, within 15 days of judgment.

- 2 -

IT IS SO ORDERED.

9-28-2010

_____
UNITED STATES DISTRICT JUDGE

APPROVED:

_____s/Steven L. Ball_____
Steven L. Ball (0007186)
Ball & Tanoury
1010 Old Henderson Road – Suite 1
Columbus, OH 43220
(614) 447-8550
Trial Attorney for Plaintiffs