AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**BOARDS OF TRUSTEES OF OHIO LABORERS' FRINGE BENEFIT PROGRAMS,**

           Plaintiffs,

vs.

**TOLEDO CAISSON CORPORATION,**

           Defendant.

**SUPPLEMENTAL JUDGMENT IN A CIVIL CASE**

CASE NO. C2-10-652
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE TERENCE P. KEMP

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

Pursuant to the Opinion and Order filed June 8, 2011, SUPPLEMENTAL JUDGMENT is hereby entered against Defendant in the amount of $5,744.73.

Date: June 8, 2011

JAMES BONINI, CLERK

/S/ Andy F. Quisumbing
(By) Andy F. Quisumbing
Courtroom Deputy Clerk